UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-61167-cv-GOLD/McALILEY

RONALD J. WALTMAN,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.

_____/

**FINAL JUDGMENT** ; Closing case (N6)

THIS CAUSE having been presented to the Court upon Plaintiff's Motion for Default Judgment [ECF No. 8], and the Court having granted said Motion, in accordance with Fed. R. Civ. P. 58(a), it is hereby ORDERED AND ADJUDGED that:

1.     Final Judgment is hereby entered in favor of Plaintiff Ronald J. Waltman against Defendant Valentine & Kebartas, Inc.

2.     Plaintiff shall recover from Defendant the amount of $27,500.00, plus post-judgment interest at the rate as prescribed by 28 U.S.C. §1961.

3.     Defendant is hereby enjoined from placing non-emergency telephone calls to Ronald J. Waltman's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent.

DONE AND ORDERED in Chambers, in Miami, Florida, this _7_ day of March, 2011.

1

HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley