UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-61167-cv-GOLD/GOODMAN

RONALD J. WALTMAN,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE having been presented to the Court upon Plaintiff's Verified Motion for an Award of Costs and Attorney Fees [ECF No. 17], and the Court having granted said Motion, in accordance with Fed. R. Civ. P. 58(a), it is hereby ORDERED AND ADJUDGED that:

1. Final Judgment is hereby entered in favor of Plaintiff Ronald J Waltman and against Defendant Valentine & Kebartas, Inc.

2. Plaintiff shall recover from Defendant the amount of $3,415.00, plus post-judgment interest at the rate as prescribed by 28 U.S.C. §1961.

DONE AND ORDERED in Chambers, in Miami, Florida, this 5 day of July 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Jonathan Goodman